**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS LAYTON,           )<br>                                    )<br>    Plaintiff,           )<br>                                    )<br>vs.                              )<br>                                    )<br>GREEN VALLEY VILLAGE COMMUNITY )<br>ASSOCIATION, dba GREEN VALLEY )<br>VILLAGE HOA, *et al.*,       )<br>                                    )<br>    Defendants.         )<br>_____) | Case No. 2:14-cv-01347-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (#36) filed December 25, 2014. The proposed Order before the Court does not comply with the requirements of LR 26-1. LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. The 180 days is measured from the date the first defendant answered or otherwise appeared. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. Even though the proposed Order does not expressly request discovery beyond 180 days, the proposed Scheduling Order before the Court actually requests 304 days from the date the first defendant appeared (October 27, 2014) until August 27, 2015. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Discovery Plan and Scheduling Order filed (#36) is denied, without prejudice.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling review, within seven (7) days of the date of this order.

DATED this 29th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge