GEORGE B. HIBBELER, ESQ.
Nevada Bar No: 7746
871 Coronado Center Dr., Ste. 200
Henderson, NV 89052
(702) 804-4279
Fax: (702) 804-4781
george@georgehibbeler.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THOMAS LAYTON;

    Plaintiff,

vs.

GREEN VALLEY VILLAGE COMMUNITY
ASSOCIATION, a Nevada not for profit
Corporation dba GREEN VALLEY VILLAGE
HOA; ASSURED REAL ESTATE, INC., a
Nevada Corporation; TERRA WEST
COLLECTIONS GROUP, LLC, a Nevada
Limited Liability Company dba ASSESSMENT
MANAGEMENT SERVICES; JOSEPH
YAKUBIK, an individual; DOES I-X inclusive;
ROE ; CORPORATIONS XI-XX inclusive;

    Defendant(s).

Case No. 2:14-cv-01347-
GMN-GWF

**STIPULATION AND
ORDER TO EXTEND TIME
TO SERVE F.R.C.P. 26
INITIAL DISCLOSURES
(First Request)**

The parties herein, through their respective counsel, hereby stipulate and agree that each party shall have an extension of time to serve their F.R.C.P. 26 initial disclosures until March 14, 2014. This is the parties first request for an extension of this deadline. This stipulation is made in

...

...

...

...

...

-1-

LAW OFFICES
GEORGE B. HIBBELER, P.C.
871 CORONADO CENTER DRIVE #200
HENDERSON, NV 89052
Phone: (702) 804-4279   Fax: (702) 804-4781

good faith and is not anticipated or intended to cause any delay to any party.

DATED this ___5__ day of __February____ 2015

GEORGE B. HIBBELER, ESQ.

By: _/s/ George B. Hibbeler, Esq.___
George B.Hibbeler, Esq.
Nevada Bar No. 7746
871 Coronado Center Dr., Ste. 200
Henderson, Nevada 89012

*Attorney for Plaintiff*

GREENBERG TRAURIG, LLP

By: _/s/ Leslie S.Godfrey, Esq.___
Tyler R. Andrews, Esq.
Nevada Bar No. 9499
Leslie S. Godfrey, Esq.
Nevada Bar No. 10229
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Attorney for Defendants*

IT IS SO ORDERED

GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:  February 6, 2015

LAW OFFICES
GEORGE B. HIBBELER, P.C.
871 CORONADO CENTER DRIVE #200
HENDERSON, NV 89052
Phone: (702) 804-4279   Fax: (702) 804-4781

-2-