GEORGE B. HIBBELER, ESQ.
Nevada Bar No: 7746
871 Coronado Center Dr., Ste. 200
Henderson, NV 89052
(702) 804-4279
Fax: (702) 804-4781
george@georgehibbeler.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS LAYTON;<br><br>    Plaintiff,<br><br>vs.<br><br>GREEN VALLEY VILLAGE COMMUNITY ASSOCIATION, a Nevada not for profit Corporation dba GREEN VALLEY VILLAGE HOA; ASSURED REAL ESTATE, INC., a Nevada Corporation; TERRA WEST COLLECTIONS GROUP, LLC, a Nevada Limited Liability Company dba ASSESSMENT MANAGEMENT SERVICES; JOSEPH YAKUBIK, an individual; DOES I-X inclusive; ROE ; CORPORATIONS XI-XX inclusive;<br><br>    Defendant(s). | Case No. 2:14-cv-01347-GMN-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE THE SCHEDULED DEPOSITIONS AND EXTEND DEADLINE FOR COMPLETION OF DISCOVERY AND OTHER PENDING DEADLINES.**<br>**(First Request)** |

   The parties herein, through their respective counsel, hereby stipulate and agree that the depositions of Michael Unger and Jospeh Yakubic scheduled for April 22, 2015 and the deposition of Thomas Layton scheduled for April 23, 2015 be continued.  That the deadline for completion of discovery which is currently, April 24, 2015, be extended by sixty (60) days until June 25, 2015. That the pending date for filing dispositive motions also be extended sixty days until July 24, 2015. That the (Joint) Pretrial Order is required on or before August 25, 2015 or 30 days after the

decision deciding the dispositive motion. This is the parties first request for an extension of these deadlines. This stipulation is made in good faith and is not anticipated or intended to cause any delay to any party and good cause exists as follows:

    (1)    Interrogatories and requests for production of documents to Plaintiff, Thomas Layton were served by Defendant on or about March 25, 2015. Responses are due on April 25, 2015. The depositions of Michael Unger and Jospeh Yakubic were scheduled for April 22, 2015 and the deposition of Thomas Layton was scheduled for April 23, 2015.

    (2)    No other discovery remains to be completed but the interrogatories, requests for production of documents and depositions stated previously.

    (3)    The discovery remains to be completed because, despite the parties diligent attempts to schedule the depositions during the months of March and April, due to conflicts in their schedules, the parties were not able to agree to deposition dates. The deposition of Thomas Layton was scheduled on April 23, 2015 and the depositions of Michael Unger and Joseph Yakubic had been scheduled for April 22, 2015. However, both Michael Unger and Joseph Yakubic are unavailable due to schedule conflicts on April 22, 2015 and Defendants contend that they were not given sufficient notice for this deposition date. Plaintiff contends that the notice was sufficient.

    (4)    Therefore, rather than burdening the court with unnecessary litigation of this issue, the parties have agreed that the scheduled depositions be continued and tentatively rescheduled for May 14th and 15th and the deadline of completion of discovery be extended for sixty (60) days to June 25, 2015. That the pending date for filing dispositive motions also be extended sixty days until July 24, 2015. That the (Joint) Pretrial Order is required on or before August 25, 2015 or 30

...
...
...
...
...
...

1 | days after the decision deciding the dispositive motion.

3 | **DATED** this ___21__ day of __April____ 2015

5 | GEORGE B. HIBBELER, ESQ.      GREENBERG TRAURIG, LLP

By: /s/ George B. Hibbeler, Esq.      By: /s/ Leslie S. Godfrey, Esq.
George B. Hibbeler, Esq.      Tyler R. Andrews, Esq.
Nevada Bar No. 7746      Nevada Bar No. 9499
871 Coronado Center Dr., Ste. 200      Leslie S. Godfrey, Esq.
Henderson, Nevada 89012      Nevada Bar No. 10229
     Greenberg Traurig, LLP
*Attorney for Plaintiff*      3773 Howard Hughes Parkway
     Suite 400 North
     Las Vegas, Nevada 89169

*Attorney for Defendants*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2015 _____

LAW OFFICES
GEORGE B. HIBBELER, P.C.
871 CORONADO CENTER DRIVE #200
HENDERSON, NV 89052
Phone: (702) 804-4279  Fax: (702) 804-4781