Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Defendants Green Valley*
*Village Community Association,*
*Assured Real Estate, Inc., and*
*Joseph Yakubik*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS LAYTON,<br><br><br>                                    Plaintiff,<br><br>v.<br><br>GREEN VALLEY VILLAGE<br>COMMUNITY ASSOCIATION, a Nevada<br>not for profit Corporation dba GREEN<br>VALLEY VILLAGE HOA; ASSURED<br>REAL ESTATE, INC., a Nevada<br>Corporation; JOSEPH YAKUBIK, an<br>individual; DOES I-X, inclusive; and ROE<br>CORPORATION XI-XX, inclusive,<br><br>                                    Defendants. | Case No.   2:14-cv-01347-GMN-EJY<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND DEADLINE FOR FIRST**<br>**STATUS REPORT**<br><br>**(FIRST REQUEST)** |

        This stipulation is entered into between Plaintiff Thomas Layton ("Plaintiff"), In Proper

Person, and Defendants Green Valley Village Community Association dba Green Valley Village

HOA ("GVV HOA") and Assured Real Estate, Inc. ("Assured") (GVV HOA and Assured are

collectively referred to herein as, the "Defendants") by and through their counsel of record.

///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# I.
## <u>RECITALS</u>

1. On July 20, 2021, the Court entered a Minute Order (ECF No. 90), and ordered the parties to file a status report informing the Court of the status of Plaintiff's actions and the status of this case and that the parties shall file additional status reports every 90 days.

2. On August 6, 2021, Counsel for Plaintiff filed a Motion to Withdraw (ECF No. 91).

3. On August 19, 2021, the Court entered a Minute Order (ECF No. 92) scheduling a Zoom hearing on Plaintiff's Motion to Withdraw and to address the deadline for the status reports. The hearing was held on August 25, 2021 at 9:00 a.m.

4. On August 25, 2021, the Court entered a Minute Order (ECF No. 93) and granted Plaintiff's Motion to Withdraw and instructed counsel for Defendants to prepare a stipulation and proposed order for District Judge Navarro that would grant Plaintiff additional time to retain counsel who could then work with Defendant's counsel to prepare a status report as required by the Court.

5. A status report in this matter is currently due on August 27, 2021.

///
///
///
///
///
///
///
///
///
///
///
///

## II.
## STIPULATION

NOW THEREFORE, the parties agree and stipulate as follows:

The deadline for the filing of the first status report shall be extended for a period of two weeks, to September 10, 2021, with status reports then due every 90 days from this date. This shall give Plaintiff additional time to retain new counsel.

DATED this 25th day of August 2021.                    DATED this 25th day of August 2021.

SEMENZA KIRCHER RICKARD

*/s/ Jarrod L. Rickard*                                            */s/ Thomas Layton*
Lawrence J. Semenza, III, Esq., Bar No. 7174       29 Myrtle Beach Drive
Christopher D. Kircher, Esq., Bar No. 11176         Henderson, Nevada 89074
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendants Green Valley*                *Plaintiff Thomas Layton In Proper Person*
*Village Community Association,*
*Assured Real Estate, Inc., and*
*Joseph Yakubik*

## ORDER

**IT IS SO ORDERED.**

Dated this  26  day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803