MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: hoguem@gtlaw.com

*Former counsel for Defendants*
*Green Valley Village Community Association,*
*Green Valley Village HOA, Assured Real Estate Inc.,*
*and Joseph Yakubik*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS LAYTON,<br><br>  Plaintiff,<br><br>– vs. –<br><br>GREEN VALLEY VILLAGE COMMUNITY ASSOCIATION, a Nevada not for profit Corporation dba GREEN VALLEY VILLAGE HOA; ASSURED REAL ESTATE, INC. Nevada Corporation; TERRA WEST COLLLECTIONS GROUP, LLC, a Nevada Limited Liability Company dba ASSESSMENT MANAGEMENT SERVICES; JOSEPH YAKUIK, an individual; DOES I-X inclusive; ROE CORPORATIONS XI-XX inclusive,<br><br>  Defendants. | Case No.   2:14-cv-01347-GMN-GWF<br><br>**MOTION [AND ~~PROPOSED~~ ORDER] TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Defendants Green Valley Village Community Association, Green Valley Village HOA, Assured Real Estate Inc., and Joseph Yakubik ("Defendants"), are represented by SEMENZA KIRCHER RICKARD, pursuant to Defendants' Motion to Substitute Attorney (ECF No. 63), which the Court granted on May 12, 2017 (ECF No. 64). Accordingly, Michael R. Hogue, Esq. of

1

*ACTIVE 64912613v1*

1  Greenberg Traurig, LLP hereby requests the removal of Leslie S. Godfrey and Greenberg Traurig
2  LLP from the CM/ECF Service List.
3       DATED this 18th day of May 2022.

**GREENBERG TRAURIG, LLP**

*/s/ Michael R. Hogue*
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135

*Former counsel for Defendants Green Valley Village Community Association, Green Valley Village HOA, Assured Real Estate Inc., and Joseph Yakubik*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: May 18th, 2022**

2

ACTIVE 64912613v1