UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS LAYTON,<br><br>        Plaintiff,<br><br>    v.<br><br>GREEN VALLEY VILLAGE COMMUNITY ASSOCIATION, dba GREEN VALLEY VILLAGE HOA, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-01347-GMN-EJY<br><br>**ORDER** |

After the substantial passage of time arising from multiple motions to dismiss—now resolved—and concomitant stays of discovery—now lifted—this matter was referred to me for purposes of setting a discovery schedule. ECF No. 128. I find that rather than unilaterally entering a discovery plan and scheduling order, the parties must first meet and confer to discuss and then propose the scope of discovery and scheduling order for my consideration as is contemplated by U.S. District Court District of Nevada Local Rule 16-1(d).

Accordingly, IT IS HEREBY ORDERED that the parties **must** meet and confer no later than **November 17, 2023** to discuss the preparation of a discovery plan and scheduling order. The proposed discovery plan and scheduling order **must** include identification of all discovery conducted to date, all discovery that remains to be conducted, all deadlines applicable to such discovery, and the deadlines for filing dispositive motions and a joint pretrial order.

IT IS FURTHER ORDERED that following the meet and confer, the parties **must** submit a stipulated proposed discovery plan and scheduling order no later than **November 30, 2023**. If agreement cannot be reached, each party may file its own proposed plan and schedule for my consideration.

DATED this 6th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE