UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS R. LAYTON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN VALLEY VILLAGE<br>COMMUNITY ASSOCIATION, dba<br>GREEN VALLEY VILLAGE HOA, *et al*.,,<br><br>    Defendants. | Case No. 2:14-cv-1347-GMN-EJY<br><br>**ORDER** |

On May 9, 2024, the Court entered an Order requiring, until further order of the Court, **all** future contact between Plaintiff and counsel for Defendants as well as between Plaintiff and Mr. Yakubik to be virtual—either by teleconference or video conference. ECF No. 151. The Court reminds the parties that this Order remains in effect.

IT IS HEREBY ORDERED that Plaintiff **must**, no later than **July 22, 2024**, submit a written status report to the Court stating:

- whether he has obtained counsel and, if not, whether he continues to seek retention of counsel;

- whether he seeks to take the deposition of Mr. Yakubik, which deposition must be by videoconference such as by Zoom;

- if Plaintiff seeks to take Mr. Yakubik's deposition, five dates in August he is available to do so. The five dates must be in at least three different weeks; and

- what discovery, other than Mr. Yakubik's deposition, Plaintiff seeks to conduct, if any, and the timeline for doing so.

IT IS FURTHER ORDERED that Defendants **must**, no later than **July 29, 2024**, submit a written status report to the Court stating:

- if Plaintiff seeks Mr. Yakubik's deposition, on what dates Mr. Yakubik is available for deposition—a date **absolutely certain**—such that the deposition is firmly agreed upon with **no** change to the date being accepted (the date will be confirmed in an order by the Court); and,

- what, if any, discovery Defendants seek to conduct and the timeline for doing so.

1

1  Each status report is to respond **only** to the questions posed by the Court.  Neither party is to
2  provide a summary of the history of this case or the disputes that arose before Plaintiff sought and
3  then reconsidered dismissing this action.  No other matters are to be addressed in the status reports.
4  Any outstanding issues the parties wish the Court to rule upon must be addressed through motion
5  practice.  Each status report is to be **no more than three pages long**.

6  The Court will issue an Order following receipt of these two status reports.

7  Dated this 8th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE