UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS R. LAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREEN VALLEY VILLAGE COMMUNITY ASSOCIATION, dba GREEN VALLEY VILLAGE HOA, *et al*.,,<br><br>Defendants. | Case No. 2:14-cv-1347-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Amend Court Order regarding the upcoming deposition of Mr. Yakubik. ECF No. 167. Plaintiff seeks permission to provide the exhibits for Mr. Yakubik's deposition at 8 a.m. on the day of the deposition rather than previously directed in the Court's July 31, 2024 Order (ECF No. 165). Because the deposition is set for August 16, 2024, the Court rules on this Motion promptly.

Deposition exhibits are generally provided to opposing counsel in advance of a virtual deposition to ensure delivery and to prevent delays during the deposition process. Here, given the significant difficulty underlying getting Mr. Yakubik's deposition set, and that the deposition is set to commence at 9 a.m. on August 16th, the Court is concerned there be no delay or disruption to the start of the deposition. However, the Court revises its prior Order to permit Plaintiff to provide his deposition exhibits to defense counsel on August 15, no later than 4 p.m., rather than on August 14, by 3 p.m. No discussion regarding the exhibits is to occur before the deposition commences. Any objections to the deposition exhibits must be placed on the record (the transcript) at the time of the deposition and responses to questions are to be provided, to the best of the deponent's ability, subject to the objection and to a later motion to strike.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Court Order (ECF No. 167) is GRANTED in part and DENIED in part as stated above.

IT IS SO ORDERED this 8th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE