UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS R. LAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREEN VALLEY VILLAGE COMMUNITY ASSOCIATION, dba GREEN VALLEY VILLAGE HOA, *et al.*,,<br><br>Defendants. | Case No. 2:14-cv-1347-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Status Report and Motion to Set Deadline for Dispositive Motions. ECF Nos. 170, 171. Defendants explain that while the deposition of Mr. Yakubik was set to proceed on August 16, 2024, Plaintiff could not conduct the deposition because of Zoom connectivityy issues. Defendants have offered September 9, 11, 12, 17, 18, 19, or 20 as new dates on which Mr. Yakubik and counsel are available for deposition. Defendants also seek a date on which dispositive motions are due.

IT IS HEREBY ORDERED that Plaintiff **must** select a date on which he will take Mr. Yakubik's deposition and communicate that date to Defendants' counsel via email no later than **August 30, 2024**. The deposition will proceed as previously ordered by the Court. Once selected, the date for Mr. Yakubik's deposition is not to change absent an extreme unforeseen circumstance.

IT IS FURTHER ORDERED that the Motion to Set Deadline for Dispositive Motions (ECF No. 171) is GRANTED as follows: the last day to file dispositive motions is forty-five (45) days after the close of discovery. If no dispositive motions are filed, the due date for the proposed joint pretrial order is seventy-five (75) days after the close of discovery. If one or more dispositive motions are filed, the due date for the joint pretrial order is 30 days after the date on which the Court resolves such motion or motions, unless the Court's resolution disposes of this case in its entirety.

1          IT IS FURTHER ORDERED that the close of discovery is set for the day after the completion of Mr. Yakubik's deposition; provided, however, if the parties agree to an alternative close of discovery they may file a stipulation with the Court explaining what additional discovery they agree may occur and the deadline for completing such discovery.

Dated this 26th day of August, 2024.

                                                          _____
                                                          ELAYNA J. YOUCHAH
                                                          UNITED STATES MAGISTRATE JUDGE