Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants Green Valley Village Community Association, and Assured Real Estate, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS LAYTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GREEN VALLEY VILLAGE COMMUNITY ASSOCIATION, a Nevada not for profit Corporation dba GREEN VALLEY VILLAGE HOA; ASSURED REAL ESTATE, INC., a Nevada Corporation; JOSEPH YAKUBIK, an individual; DOES I-X, inclusive; and ROE CORPORATION XI-XX, inclusive,<br><br>　　　　　　Defendants. | Case No.   2:14-cv-01347-GMN-EJY<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Defendants Green Valley Village Community Association ("GVV"), Assured Real Estate, Inc. ("Assured") (collectively, "Defendants"), by and through their undersigned counsel, and Plaintiff Thomas Layton ("Plaintiff") (collectively, the "Party"), hereby stipulate and agree

///

///

///

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1  that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ.

2  P. 41(a)(2). Each Party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

3  DATED this 7th day of March, 2025.        DATED this ___ day of March, 2025.

4  SEMENZA RICKARD LAW

/s/ Jarrod L. Rickard
Lawrence J. Semenza, III, Esq., Bar No. 7174        Thomas Layton
Jarrod L. Rickard, Esq., Bar No. 10203              29 Myrtle Beach Dr
Katie L. Cannata, Esq., Bar No. 14848               Henderson, NV 89074
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145                             *In Proper Person*
*Attorneys for Defendants Green Valley Village
Community Association and Assured Real
Estate, Inc.*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

2

bear its own attorney's fees, prejudgment interest, and costs of suit. This dismissal shall dismiss all claims asserted against all Parties in this action with prejudice.

DATED this ____ day of March, 2025.
SEMENZA RICKARD LAW

/s/ Jarrod L. Rickard
Lawrence J. Semenza, III, Esq., Bar No. 7174
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants Green Valley Village Community Association, Assured Real Estate, Inc., and Joseph Yakubik*

DATED this 7th day of March, 2025.

Thomas Layton
29 Myrtle Beach Dr
Henderson, NV 89074

*In Proper Person*

**ORDER**

IT IS SO ORDERED

_____

DATED: March 7, 2023